UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

FREDDIE L. DOTSON,

    Petitioner,

v.

VIRGA, warden,

    Respondent.

Case No. CV 11-05202 CAS (AN)

JUDGMENT

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: July 5, 2011

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE